UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VICTOR DELGADO,

                Plaintiff,

                                                            ORDER

      v.

                                                            02-CV-6449L

DONALD SELSKY, Director of Special Housing, et al.,

                Defendants.
_____

      Plaintiff filed a motion for partial summary judgment on the issue of liability on February 6, 2006.

      Defendants' response must be filed **on or before February 13, 2006**.

      Oral argument on the motion will be heard **February 15, 2006 at 3:00 p.m.**

      The pre-trial conference scheduled in this matter for February 13, 2006, is rescheduled and will be held on **February 15, 2006 at 3:30 p.m.**, immediately following the motion hearing.

      IT IS SO ORDERED.

                                                _____
                                                    DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       February 7, 2006.